# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS WOJCIESKI, DUSTINE WILM, and JULIE VOEKS, <br><br> Plaintiffs, <br><br> v. <br><br> ALLTRAN FINANCIAL LP, <br><br> Defendant. | Case No. 18-CV-887-JPS <br><br><br> **ORDER** |

On November 15, 2018, Plaintiffs filed an amended complaint alleging violations of the Fair Debt Collection Practices Act and Wisconsin state law. (Docket #18). That same day, Plaintiffs filed an unopposed motion to dismiss plaintiff Dustine Wilm without prejudice and without costs, which will be granted. (Docket #19). On February 25, 2019, the remaining parties filed a stipulation to dismiss all claims against Defendant with prejudice and without costs to any party. (Docket #30). The Court will adopt the stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties have various other pending motions, including two motions to dismiss and a motion to extend time, all of which will be denied as moot. *See* (Docket #14, #22, and #25). Plaintiffs had also filed a motion to consolidate cases, which was subsequently withdrawn shortly before the notice of settlement. *See* (Docket #11, #26, #28). That motion will also be denied as moot.

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion to consolidate cases (Docket #11), be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss Plaintiffs' complaint (Docket #14) be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that Plaintiffs' motion to dismiss Plaintiff Dustine Wilm without prejudice and without costs (Docket #19) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff Dustine Wilm be and the same is hereby **DISMISSED without prejudice** from the action;

**IT IS FURTHER ORDERED** that Defendant's motion for extension of time to file answer (Docket #22) be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss Plaintiffs' amended complaint (Docket #25) be and the same is hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that the remaining parties' stipulation of dismissal with prejudice and without costs (Docket #30) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs and attorney fees.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge